Cooley Godward Kronish LLP
GORDON C. ATKINSON (122401) (atkinsongc@cooley.com)
BENJAMIN H. KLEINE (257225) (bkleine@cooley.com)
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222

Attorneys for Defendants American Century Companies, Inc.; American Century Global Investment Management, Inc.; James E. Stowers, Jr.; James E. Stowers, III; Jonathan S. Thomas; Thomas A. Brown; Andrea C. Hall; Donald H. Pratt; Gale E. Sayers; M. Jeannine Strandjord; Timothy S. Webster; William M. Lyons; Enrique Chan; Mark Kopinski; and Brian Brady and Nominal Defendant American Century World Mutual Funds, Inc., dba American Century International Discovery Fund

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

SACRAMENTO DIVISION

| | |
|---|---|
| NELSON GOMES, individually, derivatively and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN CENTURY COMPANIES, INC.; AMERICAN CENTURY GLOBAL INVESTMENT MANAGEMENT, INC.; JAMES E. STOWERS, JR.; JAMES E. STOWERS, III; JONATHAN S. THOMAS; THOMAS A. BROWN; ANDREA C. HALL; DONALD H. PRATT; GALE E. SAYERS; M. JEANNINE STRANDJORD; TIMOTHY S. WEBSTER; WILLIAM M. LYONS; ENRIQUE CHAN; MARK KOPINSKI; AND BRIAN BRADY,<br><br>Defendants,<br><br>AMERICAN CENTURY WORLD MUTUAL FUNDS, INC., doing business as AMERICAN CENTURY INTERNATIONAL DISCOVERY FUND,<br><br>Nominal Defendant. | Case No. 2:09-CV-02153-FCD-KJM<br><br>**NOTICE OF MOTION FOR TRANSFER OF VENUE**<br><br>**Judge:** Hon. Frank C. Damrell, Jr.<br>**Date:** February 12, 2010<br>**Time:** 10:00 a.m.<br>**Location:** Courtroom 2 |

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1152618 v1/SF

MEMORANDUM IN SUPPORT OF MOTION
TO TRANSFER VENUE
2:09-at-01233

1  **PLEASE TAKE NOTICE** that, upon the Class Action and Derivative Complaint in the
2  above-captioned action, the accompanying Memorandum of Law in Support of Motion to
3  Transfer Venue, the accompanying declaration of Benjamin H. Kleine, executed on November
4  10, 2009 and the exhibits thereto, all prior papers and proceedings herein, and any such additional
5  argument as may be presented at or before any hearing, Defendants American Century
6  Companies, Inc., American Century Global Investment Management, Inc., James E. Stowers, Jr.,
7  James E. Stowers, III, Jonathan S. Thomas, Thomas A. Brown, Andrea C. Hall, Donald H. Pratt,
8  Gale E. Sayers, M. Jeannine Strandjord, Timothy S. Webster, William M. Lyons, Enrique Chan,
9  Mark Kopinski, and Brian Brady, together with Nominal Defendant American Century World
10 Mutual Funds, Inc., doing business as American Century International Discovery Fund, by its
11 undersigned counsel, will and hereby do move this Court before the Honorable Frank C. Damrell,
12 Jr., United States District Judge at the United States Courthouse, 501 I Street, Sacramento,
13 California 95814, Courtroom 2, on February 12, 2010 at 10:00 a.m. or as soon thereafter as
14 counsel can be heard, for an Order granting defendants' motion to transfer venue, pursuant to
15 Federal Rule of Civil Procedure 12(b)(2) (lack of personal jurisdiction), Federal Rule of Civil
16 Procedure 12(b)(3)
17 ////
18 ////
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Cooley Godward
Kronish LLP
Attorneys At Law
San Francisco

1152618 v1/SF                         1.                    NOTICE OF MOTION
                                                            FOR TRANSFER OF VENUE
                                                            2:09-at-01233

///

(improper venue), 28 U.S.C. 1404(a) 28 U.S.C. 1406(a) and/or 28 U.S.C. 1631, and for such other and further relief as the Court may deem just and proper.

Dated: November 10, 2009

        COOLEY GODWARD KRONISH LLP
        GORDON C. ATKINSON (122401)
        BENJAMIN H. KLEINE (257225)


By: /s/ Gordon C. Atkinson
      Gordon C. Atkinson

Attorneys for Defendants and Nominal Defendant


Marguerite C. Bateman
Steuart H. Thomsen
SUTHERLAND ASBILL & BRENNAN LLP
1275 Pennsylvania Avenue, NW
Washington, DC 20004
202-383-0100
marguerite.bateman@sutherland.com
steuart.thomsen@sutherland.com

Additional Attorneys for Defendants Thomas A. Brown, Andrea C. Hall, Donald H. Pratt, Gale E. Sayers, M. Jeannine Strandjord, Timothy S. Webster, and Nominal Defendant American Century World Mutual Funds, Inc., doing business as American Century International Discovery Fund

COOLEY GODWARD KRONISH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.
1152618 v1/SF

NOTICE OF MOTION
FOR TRANSFER OF VENUE
2:09-at-01233