Crystal G. Howard (SBN 224627)
SIMMONS BROWDER GIANARIS
ANGELIDES & BARNERD LLC
100 N. Sepulveda Blvd., Suite 1350
El Segundo, California 90245
Telephone: 310-322-3555
Facsimile: 310-322-3655
choward@simmonsfirm.com

*Attorneys for Plaintiffs*
[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION**

| | |
|---|---|
| NELSON GOMES, individually, derivatively and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>- against -<br><br>AMERICAN CENTURY COMPANIES, INC., AMERICAN CENTURY GLOBAL INVESTMENT MANAGEMENT, INC., JAMES E. STOWERS, JR., JAMES E. STOWERS, III, JONATHAN S. THOMAS, THOMAS A. BROWN, ANDREA C. HALL, DONALD H. PRATT, GALE E. SAYERS, M. JEANNINE STRANDJORD, TIMOTHY S. WEBSTER, WILLIAM M. LYONS, ENRIQUE CHAN, MARK KOPINSKI, and BRIAN BRADY,<br><br>Defendants,<br><br>- and -<br><br>AMERICAN CENTURY WORLD MUTUAL FUNDS, INC., doing business as AMERICAN CENTURY INTERNATIONAL DISCOVERY FUND,<br><br>Nominal Defendant. | NO. 2:09-CV-02153-FCD-KJM<br><br>NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF |

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) that Plaintiff hereby voluntarily dismisses this action without prejudice.

Dated: January 22, 2010

Crystal G. Howard (SBN 224627)

NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF

| | |
|---|---|
| 1 | SIMMONS BROWDER GIANARIS |
| 2 | ANGELIDES & BARNERD LLC |
| | 100 N. Sepulveda Blvd., Suite 1350 |
| 3 | El Segundo, California 90245 |
| 4 | Telephone: 310-322-3555 |
| | Facsimile: 310-322-3655 |
| 5 | choward@simmonsfirm.com |
| 6 | |
| | and |
| 7 | |
| 8 | Thomas I. Sheridan, III |
| | Andrea Bierstein |
| 9 | HANLY CONROY BIERSTEIN SHERIDAN |
| 10 | FISHER & HAYES LLP |
| | 112 Madison Avenue |
| 11 | New York, NY 10016-7416 |
| 12 | Telephone: 212-784-6400 |
| | tsheridan@hanlyconroy.com |
| 13 | abierstein@hanlyconroy.com |
| 14 | |
| 15 | *Attorneys for Plaintiff* |

NOTICE OF VOLUNTARY DISMISSAL BY PLAINTIFF